**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case No. 18-cr-212 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Jose Oliverio Olvera-Yepez, | |
| Defendant. | |

This matter comes before the Court on Defendant Jose Oliverio Olvera-Yepez's Motion to Extend Time for Trial and Pretrial Deadlines (ECF No. 20). Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act (ECF No. 21). Defendant requests a three-week continuance of the pretrial motion hearing and trial-related dates due to defense counsel's pre-planned travel and "voluminous discovery" to be reviewed by Defendant and his counsel with the assistance of a Spanish language interpreter. (ECF No. 20 at 1.) Further, Defendant needs time to determine how his pending immigration matter may be affected by these criminal proceedings. (ECF No. 21 at 1.) The Government does not oppose the requested continuance. (ECF No. 20 at 1.)

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his attorney reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Extend Time for Trial and Pretrial Deadlines (ECF No. 20) is **GRANTED**.

2. The period of time from **October 17 through December 6, 2018**, shall be excluded from Speedy Trial Act computations in this case.

3. All responses to motions must be filed by **November 15, 2018**. D. Minn. LR 12.1(c)(2).

4. Any Notice of Intent to Call Witnesses must be filed by **November 15, 2018**. D. Minn. LR. 12.1(c)(3)(A).

5. Any Responsive Notice of Intent to Call Witnesses must be filed by **November 20, 2018**. D. Minn. LR 12.1(c)(3)(B).

6. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

7. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **December 6, 2018**, at **1:00 p.m.**, in **Courtroom 9W**, **U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS**, Minnesota. D. Minn. LR 12.1(d).

8. **TRIAL:**

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT, the following trial and trial-related dates are:**

    All motions in limine and proposed voir dire and jury instructions are due in District Judge Wilhelmina Wright's chambers on or before **January 18, 2019**. Counsel are advised that a pretrial notice will issue that will include additional deadlines.

    This case must commence trial on **February 8, 2019**, at **9:00 a.m.** before District Judge Wilhelmina Wright in Courtroom 7A, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

    b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Wilhelmina Wright to confirm the new trial date.**

Dated: October  26 , 2018            *s/ Tony N. Leung*
                                                        TONY N. LEUNG
                                                        United States Magistrate Judge

                                                        *United States of America v. Olvera-Yepez*
                                                        Case No. 18-cr-212 (WMW/TNL)