# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-212 (WMW/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Jose Oliverio Olvera-Yepez, | |
| Defendant. | |

Miranda E. Dugi, Assistant United States Attorney, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for the Government); and

Daniel S. Le, Le Law Group, 333 Washington Avenue North, Suite 415, Minneapolis, MN 55401 (for Defendant).

This matter was set before the Court, United States Magistrate Judge Tony N. Leung, for a Motion Hearing at 3:00 p.m. on December 12, 2018. Defendant Jose Oliverio Olvera-Yepez had notice of the time, date, and location of the hearing, but did not appear. Following the hearing, the Court ordered Counsel to file letters setting forth their respective positions on the status of the pending motions in this matter (ECF Nos. 13, 15, 16, 17, 18, and 19). Counsel for Defendant indicated he would withdraw his motions without prejudice, with the understanding Defendant could refile those motions later, while Counsel for the Government requested that the Court preserve the docket to reflect its status at the time of Defendant's failure to appear. The Court has reviewed the materials and concluded that the motions should be denied without prejudice. Therefore, based upon the record and memoranda, **IT IS HEREBY ORDERED** as follows:

1.      The following motions are **DENIED WITHOUT PRJEUDICE**:

   a.   Government's Motion for Discovery (ECF No. 13);

   b.   Defendant's Motion for Discovery (ECF No. 15);

   c.   Defendant's Motion for Government Agents to Retain Rough Notes (ECF No. 16);

   d.   Defendant's Motion to Compel Attorney for the Government to Disclose Evidence Favorable to the Defendant (ECF No. 17);

   e.   Defendant's Motion for Early Disclosure of Jencks Act Material (ECF No. 18); and

   f.   Defendant's Pretrial Motion for Disclosure of 404 Evidence (ECF No. 19).

2.      The Government may renew its argument regarding the impact that Defendant's absconsion and failure to appear should have on these proceedings when Defendant is apprehended and brought before the Court.

3.      All prior consistent orders remain in full force and effect.

4.      Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like.


Date: January 11, 2019                    _____*s/ Tony N. Leung*_____
                                          Tony N. Leung
                                          United States Magistrate Judge
                                          for the District of Minnesota

                                          *United States v. Olvera-Yepez*
                                          Case No. 18-cr-212 (WMW/TNL)